# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Civil Action No.  3:20-cv-90

Highland Tank & Manufacturing
Company, Plaintiff,

    vs.

ATEC, Inc., Defendant

## NOTICE OF DISMISSAL

TO THE CLERK OF COURTS:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) kindly mark the within Civil Action "Settled and Discontinued" and please dismiss the Civil Action with prejudice.

|  |  |
|---|---|
| Date of signing: | June 25, 2020 |
| Signature of Attorney: | s/Matthew M. Jacob |
| Printed Name of Attorney: | Matthew M. Jacob |
| Bar Number: | PA56746 |
| Name of Law Firm: | Jacob Law Associates |
| Street Address: | 429 4th Avenue, Suite 1203 |
| City/State/Zip: | Pittsburgh, PA  15219 |
| Telephone Number: | 412-261-6383 |
| E-mail: | jacoblaw@comcast.net |